UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | |
| George W. and Vivian English Lee ) | Bankruptcy Case No. 06-31070 |
|     Debtors ) | |
| ) | |
| ) | |
| George W. and Vivian English Lee ) | |
|     Plaintiffs ) | Chapter 13 |
| ) | |
| vs. ) | |
| ) | Adv. Proc. No. 06-03266 |
| Southstar Funding, LLC d/b/a ) | |
| Capital Home Mortgage; Select Portfolio ) | District Court No. 3:07-CV-61 |
| Servicing, Inc; Bank of New York, as ) | |
| Trustee for the holders of the EQCC ) | |
| Asset Based Certificates, Series 2001-2 ) | |
| ) | |
|     Defendants ) | |

## CONSENT ORDER STIPULATING TO EXTENSION OF DEADLINE FOR APPELLEES' BRIEF

This matter comes before the Court on the joint request of the parties for an extension of the current April 5, 2007 deadline for Appellees to file their appellate brief. The parties have reached a settlement of the case and are in the process of drafting a settlement agreement and a motion for this Court to approve the settlement. However, the parties will be unable to complete this process prior to the current April 5, 2007 deadline. Wherefore, the parties, through their signatures below, have consented to and requested that the Court enter this order extending the deadline for a period of forty-five (45) days in order to allow time for the settlement to be completed and approved.

Accordingly, it is hereby ORDERED that the deadline for Appellees to file their brief in this case is extended for a period of forty-five (45) days.

CONSENTED TO:

/s/ Andrea Young Bebber
ANDREA YOUNG BEBBER
1515 Mockingbird Lane
Charlotte, NC 28209
P.O. Box 220464
Charlotte, NC 28222-0464
(704) 521-1399
(704) 521-1360 (fax)
*Counsel for Appellants*

 /s/ William L. Esser IV
Michael G. Adams (N.C. #16528)
William L. Esser IV (N.C. #29201)
PARKER POE ADAMS & BERNSTEIN LLP
401 South Tryon Street
Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
mikeadams@parkerpoe.com
willesser@parkerpoe.com
*Counsel for Appellees*

Signed: March 28, 2007

Robert J. Conrad, Jr.
Chief United States District Judge